UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MICHAEL BUTLER | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-155 |
| | ) | |
| CLYDE CROY | ) | |
| | ) | |

**O R D E R**

In accordance with the Memorandum Opinion issued simultaneously with this Order, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment is **GRANTED** and the plaintiff's complaint is **DISMISSED**. [Doc. 18].

ENTER:

S/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE